# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 12, 2012

No. 11-60261

Lyle W. Cayce
Clerk

PEARL L. JOHNSON,

Plaintiff–Appellant

v.

EARL WATKINS, In his capacity as Superintendent of Jackson Public
Schools District; TONY WINTERS, In his official capacity and individual
capacity,

Defendants–Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:07-CV-621

Before KING, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

After having reviewed the pertinent portions of the record and studied the
briefs, we affirm the judgment of the district court granting Appellees' motion
for judgment as a matter of law for essentially the reasons given by the district
court in its opinion. *See Johnson v. Watkins*, 803 F. Supp. 2d 561 (S.D. Miss.
2011).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.